# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

HAROLD KIFER, )
 )
            Plaintiff, )
 )
      v. ) No. CIV-07-210-FHS
 )
MICHAEL J. ASTURE, )
Commissioner Social Security )
Administration, )
 )
           Defendant. )

## JUDGMENT

Pursuant to this court's order of October 2, 2008, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 2nd day of October, 2008.


Frank H. Seay
United States District Judge
Eastern District of Oklahoma